IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA FELIX ARCHULETA,

     Plaintiff,

     v.                              No. CV 13–1215 LAM

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

     Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte.*   Plaintiff filed a Complaint on December 23, 2013 *(Doc. 1)*, and Defendant filed an Answer on April 14, 2014 *(Doc. 13)*.   On April 16, 2014, the Court entered an ***Order Setting Briefing Schedule*** *(Doc. 18)*, wherein Plaintiff was ordered to file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law by June 25, 2014.   To this date, Plaintiff has not filed a Motion to Reverse or Remand Agency Decision, nor has he requested an extension of time.   A district court has inherent power to dismiss a case, even with prejudice, *sua sponte* for failure to prosecute or for failure to comply with a court order.   *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).   Furthermore, the Court's local rules provide that a case may be dismissed if no steps are taken to move a case forward for ninety days. D.N.M. LR-Civ. 41.1.

     **IT IS THEREFORE ORDERED THAT no later than July 15, 2014**, Plaintiff shall either file with the Court a Motion to Reverse or Remand Administrative Agency Decision with a

supporting memorandum of law, or file with the Court a response to this Order showing cause why this case should not be dismissed.   Whichever he chooses to file, Plaintiff must serve a copy on Defendant.   *Plaintiff is also hereby notified that failure to respond to this Order may result in dismissal of this case without prejudice without further notice*.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**